### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| IN RE: | Case No. 15-11373-TPA |
| | Chapter 13 |
| RONALD DWIGHT LORD, SR. | |
| MARY LOUISE LORD | |
| Debtor(s). | |

### NOTICE OF APPEARANCE

**Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire,
Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 1st day of April, 2019, to the following:

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Ronald Dwight Lord, Sr.
10610 State Highway 618
Conneaut Lake, PA 16316

Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316


***Debtor(s)***


                                                      By:    */s/Christopher M. McMonagle, Esquire*