2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-11373-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald Dwight Lord, Sr.
10610 State Highway 618
Conneaut Lake PA 16316

Mary Louise Lord
10610 State Highway 618
Conneaut Lake PA 16316

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/29/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

Select Portfolio Servicing, Inc.,
as servicer for U.S.Bank Trust Nat'l
Assoc as Trustee for GIFM Holdings Trust
Remittance Processing, P.O. Box 65450
Salt Lake City, UT 84165-0450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/01/19

Michael R. Rhodes
**CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 15-11373-TPA
Ronald Dwight Lord, Sr.                                             Chapter 13
Mary Louise Lord
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1           Date Rcvd: Aug 30, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
14978614       +Elizon Master Participation Trust I,,   U.S. Bank Trust National Association,,
                 as Owner Trustee,   C/O SN Servicing Corp.,   323 5th Street,    Eureka, CA 95501-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon
               Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank
               Trust National Association, as Owner Trustee cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor Ronald Dwight Lord, Sr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
               National Association, as Owner Trustee bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon Master
               Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11