**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-11373-TPA |
| **Ronald Dwight Lord, Sr. AND** | : | |
| **Mary Louise Lord,** | : | CHAPTER 13 |
| Debtors. | : | |
| | : | RELATED TO DOCKET NO. 75 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR FINAL COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 10, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **December 11, 2019 at 11:00 A.M.** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 24, 2019</u>                                                        Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:[dan@mrdebtbuster.com](dan@mrdebtbuster.com)
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Application of Foster Law Offices, LLC, Counsel to the Debtors for Final Compensation, Exhibit A, Exhibit B, Exhibit C, Local Form 8 Summary and Notice of Hearing and Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation***, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **October 24, 2019** | *By: /s/ Kathryn M. Schwartz* |
| | KATHRYN M. SCHWARTZ, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 15-11373-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Oct 24 14:59:40 EDT 2019 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Wilmington Savings Fund Society, FSB, as tru<br>Aldridge Pite, LLP<br>P.O. Box 17933<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117-3600 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| CitiFinancial Servicing LLC<br>P.O. Box 6043<br>Sioux Falls, SD 57117-6043 | Citifinancial<br>300 Saint Paul Plaza<br>Baltimore, MD 21202 | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915-3000 |
| Commonwealth Financial Systems Inc<br>120 North Keyser Avenue<br>Scranton, PA 18504-9701 | Crawford County Tax Claim Bureau<br>Court House<br>903 Diamond Square<br>Meadville, PA 16335-2694 | Creditech<br>50 North 7th Street<br>Bangor, PA 18013-1791 |
| Elizon Master Participation Trust I,<br>U.S. Bank Trust National Association,<br>as Owner Trustee<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | Harry's Auto Sales<br>14476 Conneaut Lake Road<br>Meadville, PA 16335-8288 | NCO Financial Systems<br>Attention: Bankruptcy<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 | Santander Consumer Usa<br>8585 North Stemmons Freeway Suite 1100-N<br>Dallas, TX 75247-3822 |
| Select Portfolio Servicing, Inc.,<br>as servicer for U.S.Bank Trust Nat'<br>Assoc as Trustee for GIFM Holdings Trust<br>Remittance Processing, P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | Southwest Credit System<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | Td Auto Finance<br>27777 Franklin Road<br>Farmington Hills, MI 48334 |
| Wilmington Savings Fund Society, FSB<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Windstream Communications<br>Attn: Alice Peace<br>2 North Main Street<br>Greenville, SC 29601-4874 | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335-6966 |
| Mary Louise Lord<br>10610 State Highway 618<br>Conneaut Lake, PA 16316-2632 | Ronald Dwight Lord Sr.<br>10610 State Highway 618<br>Conneaut Lake, PA 16316-2632 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cfc Deficiency Recovery
5225 Crooks Road
Suite 140
Troy, MI 48098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CitiFinancial Servicing, LLC          (u)Elizon Master Participation Trust I, U.S.          (u)SN SERVICING CORP. as servicer for Elizon

(u)U.S. Bank Trust National Association as Tr          End of Label Matrix
                                                      Mailable recipients    26
                                                      Bypassed recipients     4
                                                      Total                  30