**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 14-11025** |
| **Amy Jo. Filipowski,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 90** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*, filed on October 23, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 9, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 11, 2019

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*** by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below.

Executed on: <u>November 11, 2019</u>                          *By: /s/ Kathryn M. Schwartz*
                                                                                              Kathryn M. Schwartz,
                                                                                              PARALEGAL
                                                                                              FOSTER LAW OFFICES, LLC
                                                                                              PO Box 966
                                                                                              Meadville, PA 16335
                                                                                              Tel 814.724.1165
                                                                                              Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 14-11025-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Oct 23 11:36:41 EDT 2019 | Level Financial, LLC<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | National Credit Adjusters, LLC<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | ChexSystems<br>Consumer Relations<br>7805 Hudson Road<br>Suite 100<br>Woodbury, MN 55125-1595 |
| Commercial Acceptance<br>2300 Gettysburg Rd. #102<br>Camp Hill, PA 17011-7303 | Crawford County Tax Claim Bureau<br>903 Diamond Park<br>Meadville, PA 16335-2694 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 |
| Credit Collections Services<br>Po Box 773<br>Needham, MA 02494-0918 | Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fnb Consumer Discount Company<br>908 Park Avenue<br>Meadville, PA 16335-3331 | Holiday Financial Services<br>715 West 38th Street<br>Erie, PA 16508-2626 |
| Horizon Card<br>1707 Warren Road<br>Indiana, PA 15701-2423 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Northwest Consumer Discount Company<br>272 Chestnut Street<br>Suite J<br>Meadville, PA 16335-3202 | Northwest Physician Associates<br>1012 Water Street<br>Meadville, PA 16335-3468 | Northwestern REC<br>22534 State Highway 86<br>PO Box 227<br>Cambridge Springs PA 16403-0227 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Plain Green<br>93 Mack Road<br>Box Elder, MT 59521 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |

```
(p)SPRINGLEAF FINANCIAL SERVICES        The General Insurance Company           Tri - County Industries, Inc.
P O BOX 3251                            530 South American General Center       159 TCI Park Drive
EVANSVILLE IN 47731-3251                Nashville, TN 37250-0001                Grove City, PA 16127-4347


Trident Asset Management                Webbank / Fingerhut                     Webbank / Gettington
53 Perimeter Center East                6250 Ridgewood Road                     6250 Ridgewood Road
Suite 4                                 Saint Cloud, MN 56303-0820              Saint Cloud, MN 56303-0820
Atlanta, GA 30346-2230


Windstream Communications               Amy Jo Filipowski                       Daniel P. Foster
Attn: Alice Peace                       16567 Huson Road                        Foster Law Offices
2 North Main Street                     Saegertown, PA 16433-6423               PO Box 966
Greenville, SC 29601-4874                                                       Meadville, PA 16335-6966


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services Llc         Jefferson Capital Systems LLC           Portfolio Recovery Associates, LLC
Po Box 15316                            Po Box 7999                             PO Box 41067
Wilmington, DE 19850                    Saint Cloud Mn 56302-9617               Norfolk, VA 23541


Springleaf Financial                    (d)Springleaf Financial Services
P.O. Box 3251                           18947 Park Avenue Plaza
Evansville,IN 47708                     Meadville, PA 16335
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Level Financial LLC                  (d)National Credit Adjusters, LLC       End of Label Matrix
PO Box 3023                             P.O. Box 3023                           Mailable recipients    39
Hutchinson, KS 67504-3023               Hutchinson, KS 67504-3023               Bypassed recipients     2
                                                                                Total                  41
```