**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 15-11373-TPA** |
| **Ronald Dwight Lord, Sr. AND** | : | |
| **Mary Louise Lord,** | : | **CHAPTER 13** |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO. 75** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*, filed on October 24, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 10, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>November 11, 2019</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*** by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below.

Executed on: <u>November 11, 2019</u>　　　　　　　　　*By: /s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn M. Schwartz,
　　　　　　　　　　　　　　　　　　　　　　　　　　PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 15-11373-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Oct 24 14:59:40 EDT 2019 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Wilmington Savings Fund Society, FSB, as tru<br>Aldridge Pite, LLP<br>P.O. Box 17933<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117-3600 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| CitiFinancial Servicing LLC<br>P.O. Box 6043<br>Sioux Falls, SD 57117-6043 | Citifinancial<br>300 Saint Paul Plaza<br>Baltimore, MD 21202 | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915-3000 |
| Commonwealth Financial Systems Inc<br>120 North Keyser Avenue<br>Scranton, PA 18504-9701 | Crawford County Tax Claim Bureau<br>Court House<br>903 Diamond Square<br>Meadville, PA 16335-2694 | Creditech<br>50 North 7th Street<br>Bangor, PA 18013-1791 |
| Elizon Master Participation Trust I,<br>U.S. Bank Trust National Association,<br>as Owner Trustee<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | Harry's Auto Sales<br>14476 Conneaut Lake Road<br>Meadville, PA 16335-8288 | NCO Financial Systems<br>Attention: Bankruptcy<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 | Santander Consumer Usa<br>8585 North Stemmons Freeway Suite 1100-N<br>Dallas, TX 75247-3822 |
| Select Portfolio Servicing, Inc.,<br>as servicer for U.S.Bank Trust Nat'<br>Assoc as Trustee for GIFM Holdings Trust<br>Remittance Processing, P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | Southwest Credit System<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | Td Auto Finance<br>27777 Franklin Road<br>Farmington Hills, MI 48334 |
| Wilmington Savings Fund Society, FSB<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Windstream Communications<br>Attn: Alice Peace<br>2 North Main Street<br>Greenville, SC 29601-4874 | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335-6966 |
| Mary Louise Lord<br>10610 State Highway 618<br>Conneaut Lake, PA 16316-2632 | Ronald Dwight Lord Sr.<br>10610 State Highway 618<br>Conneaut Lake, PA 16316-2632 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cfc Deficiency Recovery
5225 Crooks Road
Suite 140
Troy, MI 48098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CitiFinancial Servicing, LLC          (u)Elizon Master Participation Trust I, U.S.          (u)SN SERVICING CORP. as servicer for Elizon

(u)U.S. Bank Trust National Association as Tr          End of Label Matrix
                                                       Mailable recipients    26
                                                       Bypassed recipients     4
                                                       Total                  30