FILED
11/12/19 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-11373-TPA |
| Ronald Dwight Lord, Sr. AND | : | |
| Mary Louise Lord, | : | CHAPTER 13 |
| Debtors. | : | |
| | : | RELATED TO DOCKET NO. 75 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### ORDER OF COURT

**AND NOW**, on this ___12th___ day of _____November_____, 2019, the Application of Foster Law Offices, LLC as counsel for the Debtors, for Final Compensation is **APPROVED** in the amount of **$950.00** for services rendered on behalf of the Debtors for the period between October 10, 2015 – October 24, 2019. The total legal fees approved shall be the $4,000.00 "no look", $1,000.00 "LMP no look" and the $950.00 Fee Application for a total of $5,950.00.

BY THE COURT,

_____
United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald Dwight Lord, Sr.  
Mary Louise Lord  
      Debtors

Case No. 15-11373-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: aala      Page 1 of 1      Date Rcvd: Nov 12, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db/jdb         +Ronald Dwight Lord, Sr.,    Mary Louise Lord,    10610 State Highway 618,    Conneaut Lake, PA 16316-2632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

       Christopher M. McMonagle    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       Christopher M. McMonagle    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       Daniel P. Foster    on behalf of Debtor Ronald Dwight Lord, Sr. dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com  
       Jill Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                TOTAL: 11