# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 15-11373-TPA |
| Ronald Dwight Lord, Sr. and | : | |
| Mary Louise Lord, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Commonwealth Financial Systems Inc, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**      Commonwealth Financial Systems Inc
**Incorrect Address:**  120 North Keyser Avenue, Scranton PA 18504-9701
**Correct Address:**    245 Main Street, Dickson City PA 18519

Respectfully Submitted,

Date: November 20, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors