Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald Dwight Lord Sr.** | : | Case No. 15−11373−TPA |
| **Mary Louise Lord** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 2nd of March, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-11373-TPA
Ronald Dwight Lord, Sr.                                         Chapter 13
Mary Louise Lord
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar             Page 1 of 2              Date Rcvd: Mar 02, 2020
                              Form ID: 309           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.

```
db/jdb         +Ronald Dwight Lord, Sr.,    Mary Louise Lord,    10610 State Highway 618,
                 Conneaut Lake, PA 16316-2632
cr             +Wilmington Savings Fund Society, FSB, as trustee o,    Aldridge Pite, LLP,    P.O. Box 17933,
                 4375 Jutland Drive, Suite 200,    San Diego, CA 92117-3600
14157967       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14231764        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
14157969       +Citifinancial,    300 Saint Paul Plaza,    Baltimore, MD 21202
14157970       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
14166780       +Commonwealth Financial Systems Inc,    245 Main Street,    Dickson City, PA 18519-1641
14157972       +Creditech,   50 North 7th Street,    Bangor, PA 18013-1791
14978614       +Elizon Master Participation Trust I,,    U.S. Bank Trust National Association,,
                 as Owner Trustee,    C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
14157973       +Harry's Auto Sales,    14476 Conneaut Lake Road,    Meadville, PA 16335-8288
15114131        Select Portfolio Servicing, Inc.,,    as servicer for U.S.Bank Trust Nat'l,
                 Assoc as Trustee for GIFM Holdings Trust,    Remittance Processing, P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
14738678       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14157978       +Windstream Communications,    Attn: Alice Peace,    2 North Main Street,
                 Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14157968        EDI: CHRYSLER.COM Mar 03 2020 08:33:00     Cfc Deficiency Recovery,    5225 Crooks Road,
                 Suite 140,   Troy, MI 48098
14157971        E-mail/Text: rkiser@co.crawford.pa.us Mar 03 2020 04:07:53     Crawford County Tax Claim Bureau,
                 Court House,   903 Diamond Square,    Meadville, PA 16335-2694
14157974       +E-mail/Text: egssupportservices@alorica.com Mar 03 2020 04:07:54     NCO Financial Systems,
                 Attention: Bankruptcy,    507 Prudential Road,    Horsham, PA 19044-2308
14185648        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2020 04:07:26
                 Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
14157975       +EDI: DRIV.COM Mar 03 2020 08:33:00      Santander Consumer Usa,
                 8585 North Stemmons Freeway Suite 1100-N,    Dallas, TX 75247-3822
14157976       +EDI: SWCR.COM Mar 03 2020 08:33:00      Southwest Credit System,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
14157977        EDI: CHRYSLER.COM Mar 03 2020 08:33:00     Td Auto Finance,    27777 Franklin Road,
                 Farmington Hills, MI 48334
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiFinancial Servicing, LLC
cr              CitiFinancial Servicing, LLC
cr              Elizon Master Participation Trust I, U.S. Bank Tru
cr              SN SERVICING CORP. as servicer for Elizon Master P
cr              U.S. Bank Trust National Association as Trustee fo
                                                                                TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1              User: jmar                 Page 2 of 2                  Date Rcvd: Mar 02, 2020
                                  Form ID: 309               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:

          Christopher M. McMonagle    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          Christopher M. McMonagle    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          Daniel P. Foster    on behalf of Debtor Ronald Dwight Lord, Sr. dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    SN SERVICING CORP. as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC bankruptcy@powerskirn.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                        TOTAL: 11