Case 15-11373-TPA    Doc 88    Filed 04/08/20    Entered 04/08/20 15:48:15    Desc Main
Document    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RONALD DWIGHT LORD, SR.
MARY LOUISE LORD
      Debtor(s)

Case No.:15-11373 TPA

Ronda J. Winnecour
      Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/30/2015 and confirmed on 03/16/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 42,276.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,276.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,585.00 | |
|   Trustee Fee | 1,802.18 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,387.18 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE<br>  Acct: 1957 | 0.00 | 20,159.85 | 0.00 | 20,159.85 |
| US BANK TRUST NA - TRUSTEE<br>  Acct: 1957 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE<br>  Acct: 1957 | 1,604.99 | 888.09 | 0.00 | 888.09 |
| CRAWFORD COUNTY TAX CLM BUREAU*<br>  Acct: 9781 | 16,457.57 | 7,793.06 | 5,151.39 | 12,944.45 |
| | | | | 33,992.39 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RONALD DWIGHT LORD, SR.<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>  Acct: | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |

| 15-11373 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
| | | | | |
|---|---|---|---|---|
| DANIEL P FOSTER ESQ** | 950.00 | 5.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,744.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1133 | | | | |
| US BANK TRUST NA - TRUSTEE | 7,310.20 | 1,896.43 | 0.00 | 1,896.43 |
| Acct: 1957 | | | | |
| | | | | 1,896.43 |

Unsecured
| | | | | |
|---|---|---|---|---|
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8916 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8850 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7144 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9290 | | | | |
| PA DEPARTMENT OF REVENUE* | 406.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1133 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 35,888.82 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         9,055.13
SECURED        18,062.56
UNSECURED         406.53

Date: 04/08/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com